UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BIRMINGHAM FIRE INSURANCE
COMPANY OF PENNSYLVANIA, ET AL.,

    Plaintiffs,

v.                                                        Case No.  8:07-cv-762-T-24 MSS

COMCAR INDUSTRIES, INC., ET AL.,

    Defendants.
_____/

**ORDER**

This cause comes before the Court on Plaintiffs' Motion to Amend Complain to Add Party. (Doc. No. 55). No responses in opposition have been filed. Accordingly, the Court will grant the motion. Plaintiffs are directed to file the amended complaint by April 7, 2008. As a result, Plaintiffs' motion to strike Comcar's affirmative defenses (Doc. No. 39) is denied as moot.

Plaintiffs also move to extend the discovery and dispositive motion deadlines by sixty days. (Doc. No. 59). While the Court will extend the discovery deadline by sixty days, the Court will only extend the dispostive motion deadline by forty-five days, and the Court will also have to move the pretrial conference and trial by a month so that the Court will have sufficient time to rule on any dispositive motions before the pretrial conference. The Court will issue an amended scheduling order.

**DONE AND ORDERED** at Tampa, Florida, this 2nd day of April, 2008.

Copies to: Counsel of Record

SUSAN C. BUCKLEW
United States District Judge